# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Bridgette Juanita Dowdell, a/k/a Bridgett J. Dowdell a/k/a Bridgette Dowdell,<br>Debtor. | Case No. 25-58820-jwc |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors or assigns,<br>Movant,<br>V.<br>Bridgette Juanita Dowdell, a/k/a Bridgett J. Dowdell a/k/a Bridgette Dowdell, Debtor<br>Respondents. | Contested Matter* |

## OBJECTION TO CONFIRMATION

COMES NOW, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors or assigns, (hereinafter referred to as "Creditor"), who holds a secured lien on the Debtor(s)' real property known as 2824 Pope Rd, Douglasville, GA 30135 (hereinafter the "Property"), and files this Objection to Confirmation of Plan. The estimated secured pre-petition arrearage Debtor owes to Creditor is $89,564.40. As indicated by the debtor's payment history and schedules, Debtor's Plan is not feasible.

WHEREFORE, Creditor prays that this Court inquire into the matters raised herein and deny confirmation of the Plan, or enter such an order that the Court deems just and proper.

Date: August 18, 2025

LOGS Legal Group LLP

*/s/ Howell A. Hall*
Howell A. Hall 318750
Jennifer Panetta 839603
211 Perimeter Center Parkway, N.E.
Suite 130
Atlanta, GA 30346
Telephone: (770) 220-2535
Fax: (770) 220-2665
logsecf@logs.com

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 18, 2025, a copy of the foregoing Objection to Confirmation was caused to be served upon the following:

<u>Via CM/ECF Electronic Notice</u>

Stanley J. Kakol, Jr., The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

<u>Via First Class Mail, Postage Prepaid</u>

Debtor
Bridgette Juanita Dowdell, a/k/a Bridgett J. Dowdell a/k/a Bridgette Dowdell
2824 Pope Road
Douglasville, GA 30135

                    LOGS Legal Group LLP

                    */s/ Howell A. Hall*
                    Howell A. Hall 318750
                    Jennifer Panetta 839603
                    211 Perimeter Center Parkway, N.E.
                    Suite 130
                    Atlanta, GA 30346
                    Telephone: (770) 220-2535
                    Fax: (770) 220-2665
                    logsecf@logs.com