B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

In re **Bridgette Juanita Dowdell**　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept $5150 Attorney fee, $313 repayment of filing fee | $ 5,463.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 5,463.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor　　☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor　　☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   　　**Base/flat fee services:**
   　　**Assisting client obtain pre-filing credit counseling**
   　　**Assisting client obtain pay advices**
   　　**Assisting client obtain tax transcripts, returns, and other relative documentation**
   　　**Assisting in the preparation and completion of client's bankruptcy petition**
   　　**Preparing and filing changes of address**
   　　**Pre-confirmation turnover proceedings**
   　　**Stop creditor actions against client**
   　　**Motion to Extend Stay or to Impose Stay**
   　　**Motion for Finding of Exigent Circumstances**
   　　**Obtaining Employment Deduction Order and serving employer**
   　　**Order to Vacate Employer Deduction Order**
   　　**Attending and representing client at the 341 Hearing and any reset hearings**
   　　**Attending and representing client at the Confirmation Hearing and any reset hearings**
   　　**Preparing and filing Modifications necessary to confirm client's plan**
   　　**Preparing and filing lien avoidances necessary to confirm client's plan**
   　　**Objections to claims necessary to confirm plan**
   　　**Objections to late filed claims**
   　　**Bar date review (and all resulting/related pleadings)**
   　　**Provide information in obtaining pre-discharge financial counseling certificate**

   　　**Debtor's attorney has received $0.00 towards the base fee agreed upon by Debtor and Debtor's attorney. Should the case be dismissed prior to confirmation of the plan, the balance of the funds held by the Trustee, after adjustments for payments under 11 U.S.C. 1326 (a)(1)(B) or (C) and administrative fees, shall be paid to Debtor's attorney up to $2,813.00. Any balance above $2,813.00 shall be requested by Debtor's attorney through a fee application. Should the case be dismissed after confirmation, the Trustee shall pay to the Debtor's attorney from the funds held the full remaining base fee.**

In re **Bridgette Juanita Dowdell**        Case No. _____
                Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**In the event of a Conversion: Should the current case be converted after confirmation of the plan, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee. Should the current case be converted prior to confirmation, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee, up to $2,813.00.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Motion to Retain Refund $350.00
   Motion to Strip Lien $500.00
   Post-confirmation add creditors $100.00
   Post-confirmation plan/schedule modification $400.00
   Post-confirmation Motion for Relief from Stay (no fee dispute/no insurance) $300.00
   Post-confirmation Motion for Relief from Stay (payment dispute) $600
   Post-confirmation Motion to Retain Garnished Funds $400
   Post-confirmation Lien Avoidance $350
   Post-confirmation Objection to Claim $350
   Motion to Suspend/Excuse Plan Payments $500.00
   Motion to Sell Property $500.00
   Motion to Refinance Property $350
   Motion to Approve Compromise $500.00
   Motion to Approve Settlement and Retain Proceeds $500
   Application to Employ Professional $500.00
   Reset Meeting of Creditors (341) $120
   Application for Outside Loan $500
   Resolving Trustee or Creditor Motions to Modify the Plan $300.00
   Objections to Late Claim (post bar date review) $200.00
   Motion to Voluntary Dismiss Case $250.00
   Motion to Dismiss for Failure to Submit Tax Return $200.00
   Motion to Sever/Dismiss as to one joint debtor $350.00
   Motion to Reopen, Reconsider or Vacate Dismissal $500.00
   Motion to Reimpose Stay $500.00
   Motion to Incur Debt $450.00
   Motion to Approve Loan Modification $450
   Miscellaneous Matters $500.00
   Resolve and Negotiate Trustee Motion to Dismiss for funding $400
   Credit Report $70
   Credit Counseling $40
   Photo Copy $75
   Adversary Proceeding $300 per hour
   Stay Violations $300 per hour
   Protracted, complicated or unusual bankruptcy litigation -- Attorney $350 per hour, Paralegal $175 per hour**

   **7. In addition to the overall fee structure, in the event that the case is dismissed or converted to Chapter 7, the Chapter 13 Trustee shall deliver to Debtor's counsel the unpaid amount of the agreed upon fees up to (i) $2,500 upon pre-confirmation conversion or dismissal or (ii) the allowed fees upon a post confirmation conversion or dismissal.**

In re  **Bridgette Juanita Dowdell**                                             Case No.  _____
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. Pursuant to General Order No. 9, I certify that I provided to the debtor(s) a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys."

| | |
|---|---|
| **September 25, 2025** | **/s/ Stanley J. Kakol, Jr.** |
| *Date* | **Stanley J. Kakol, Jr. 406060** |
| | *Signature of Attorney* |
| | **Law Offices of Stanley J. Kakol, Jr.** |
| | **5353 Fairington Road, Suite C** |
| | **Lithonia, GA 30038-1164** |
| | **(770) 800-0440  Fax: (770) 800-0494** |
| | **stan@sjklawfirm.com** |
| | *Name of law firm* |